UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JACKIE M. CALDWELL, | ) |
| *Petitioner*, | ) |
| | ) No.: 3:14-cv-332-PLR-CCS |
| v. | ) |
| VICKI FREEMAN, Warden, | ) |
| *Respondent*. | ) |

## MEMORANDUM AND ORDER

This is a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner has not paid the required $5.00 filing fee nor has she submitted an application to proceed *in forma pauperis*. The Clerk is **DIRECTED** to send petitioner an application to proceed *in forma pauperis*. The Clerk is further **DIRECTED** to hold the petition for thirty (30) days pending receipt of the $5.00 filing fee or an application to proceed *in forma pauperis*. Petitioner is advised that failure to pay the filing fee, or submit a completed application to proceed *in forma pauperis*, within the time allowed will result in the automatic dismissal of this action without further notice by the Clerk of Court.

**E N T E R :**

_____
**UNITED STATES DISTRICT JUDGE**